**Motion GRANTED.**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| WANDA RICE INDIVIDUALLY AND AS, | ) | |
| NEXT FRIEND FOR S.R., A MINOR CHILD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:14-CV-02378 |
| | ) | |
| SUMNER COUNTY BOARD OF | ) | |
| EDUCATION | ) | JURY DEMAND |
| | ) | |
| Defendant. | ) | |

## MOTION FOR RULE 35 EXAMINATION OF PLAINTIFF, S.R., A MINOR CHILD

Comes now the Defendant, Sumner County Board of Education (the "Board"), and hereby moves this Court for an Order for Examination pursuant to Rule 35, Fed. R. Civ. P.

Based on plaintiffs' stated availabilities, the Board respectfully requests that the Court order an examination of the minor Plaintiff, S.R., by Dr. John J. Griffin, MD, located at 1916 Patterson Street, Suite 602, Nashville, Tennessee 37203, on Saturday, April 11, 2015, beginning at 9:00 a.m. The Board requests that the scope of the examination include a determination of the minor plaintiff's mental condition and the existence and extent of any mental suffering allegedly caused by the Board.